PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Young Troung**

**Docket No. 0:01CR00113-002(RHK)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Young Troung** who was sentenced for Conspiracy to Distribute MDMA on November 16, 2001, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

-The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.
-The defendant shall be required to undergo mandatory drug testing as set forth by 18 U.S.C. §§ 3563(a) and 3583(d).
-The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.
-The defendant shall reside for a period of 5 months with work release in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

On March 8, 2004, he was arrested and charged in U.S. District Court with Possession With Intent to Distribute Marijuana [Docket Number: 0:04CR00187-007(ADM)]. On March 10, 2004, a supervised release violation was filed based on this new criminal behavior. On March 16, 2004, Mr. Troung was released to electronic home monitoring pending the final supervised release violation hearing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 7, 2005, Mr. Troung was permitted relief from home monitoring and was to return by 9:00 p.m. He did not return until 11:06 p.m. This probation officer was finally able to make contact with him at 12:11 a.m. and Mr. Troung stated that he "lost track of time." He also stated that in anticipation of custodial sentences being imposed for both the violation and new offense, he requested that he be taken into custody to begin accruing custodial credit.

SCANNED
MAY 1 6 2005
U.S. DISTRICT COURT ST. PAUL

FILED MAY 16 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why his conditional release pending his final supervised release violation hearing should not be revoked.

ORDER OF THE COURT

Considered and ordered this 13th day of May, 2005, and ordered filed and made a part of the records in the above case.

Honorable Janie S. Mayeron,
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on May 12, 2005
Place Minneapolis