AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 01-113(2) RHK

Young Troung

Young Troung

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 9E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Chief Magistrate Judge Jonathan G. Lebedoff**

On: **Tuesday May 31, 2005 at 11:00 AM**

To answer a(n) Order of Court

Brief description of offense:

Violation of Supervised Release

**PLEASE HAVE AN ATTORNEY PRESENT FOR THIS HEARING AND CONTACT PRETRIAL SERVICES AT (612) 664-5454, as soon as you receive this summons.**

Dated: May 16, 2005

Gina Olsen, Deputy Clerk

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] Date:

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ____________________________________________

________________________________________________________________

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ________________________

☐ Returned unexecuted: __________________________________________________________

________________________________________________________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___________________________________ ___________________________________
Date Name of United States Marshal

___________________________________
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure