AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

2005 MAY 17 A 10:33

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

v.

Case Number: CR 01-113(2) RHK

Young Troung

Young Troung

RECEIVED
MAY 20 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 9E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Chief Magistrate Judge Jonathan G. Lebedoff**

On: **Tuesday May 31, 2005 at 11:00 AM**

To answer a(n) Order of Court

Brief description of offense:

Violation of Supervised Release

**PLEASE HAVE AN ATTORNEY PRESENT FOR THIS HEARING AND CONTACT PRETRIAL SERVICES AT (612) 664-5454, as soon as you receive this summons.**

Gina Olsen, Deputy Clerk

Dated: May 16, 2005

SCANNED
MAY 23 2005
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] Thomas Knutson 5709 Date: 051805

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: City of Eagan

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 051905
Date

A. Garber
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure