**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Jonathan G. Lebedoff |
| Plaintiff, | ) | U.S. Chief Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-113 RHK |
| | ) | Date: May 31, 2005 |
| **Young Troung,** | ) | Court Reporter: None |
| | ) | Tape Number: Not available |
| Defendant. | ) | Time Commenced: 11:00 a.m. |
| | | Time Concluded: 11:05 a.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

**Plaintiff:** Erika Mozangue
Assistant U.S. Attorney

**Defendant:** Dan Scott
T FPD 9 CJA 9 Retained T Appointed

Interpreter: NA // English
Date Charges Filed: May 13, 2005 Offense: Not returning to home monitoring.
T Charges read into record 9 Waived Reading of Charges T Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release T Supervised Release

9 Charges from other District ____________________________________________

T Government moves for detention.
Motion is: T granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

Bond set in the amount of ____________ with conditions, see Order Setting Conditions of Release.

Next appearance date is before Judge Richard Kyle for:

9 detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg T final revocation hrg

T Detention hearing waived T Preliminary revocation hearing waived 9 Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information: **Counsel to contact Judge Kyle's clerk for Final Revocation hearing date.**

s/Joan Flood
Signature of Judicial Assistant