# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

United States of America,
Plaintiff

v.

Young Van Troung,
Defendant

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Case No: 01-113(2) RHK

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Andrea K. George is substituted as appointed counsel in place of Daniel M. Scott in the representation of the above-named defendant.

Dated: June 14, 2005

***s/ Andrea K. George***
Andrea K. George
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: June 14, 2005

***s/ Daniel M. Scott***
Daniel M. Scott
Attorney ID No. 98395
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415