UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No.: 01-113 (2) RHK/JMM

---

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **SUBSTITUTION OF COUNSEL** |
| | ) | |
| | ) | |
| Young V. Troung, | ) | |
| | ) | |
| Defendant. | ) | |

---

TO: STATE OF MINNESOTA AND ANN ANAYA, U.S. ATTORNEY'S OFFICE, U.S. COURTHOUSE, 300 SOUTH FOURTH STREET, SUITE 600, MINNEAPOLIS, MN 55415, AND ANDREA K. GEORGE, FEDERAL PUBLIC DEFENDER'S OFFICE, 107 U.S. COURTHOUSE, 300 SOUTH 4TH STREET, SUITE 107, MINNEAPOLIS, MN 55415.

PLEASE TAKE NOTICE that Charles A. Ramsay, Esquire of Ramsay & DeVore, P.A., is substituted for Andrea K. George, Federal Public Defender's Office,107 U.S. Courthouse, 300 South 4th Street, Suite 107, Minneapolis, MN 55415, as counsel representing the above-named Defendant.

Dated: October 5, 2005

**s/ Charles A. Ramsay**

Charles A. Ramsay, Attorney No. 260277
Attorney for Defendant
Ramsay & DeVore, P.A.
450 Rosedale Towers
1700 West Highway 36
Roseville, MN 55113
Telephone: (651) 604-0000
Fax: (651) 604-0027
E-mail: cramsay@rdolaw.com