IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

USA
Plaintiff(s)

v.

Young V. Troung (2)

Defendant(s)

**CERTIFICATE OF SERVICE**

Case No.: 01-cr-113 (2) RHK/JMM

I hereby certify that on October 5, 2005, I caused the following documents:

**1.) Substitution of Counsel**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

1. **Ann M Anaya**
ann.anaya@usdoj.gov kim.anderson@usdoj.gov;usamnecf.criminal@usdoj.gov

2. **Andrea K George**
andrea_george@fd.org lana_chambers@fd.org

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be faxed and mailed by first class mail, postage paid, to the following non-ECF participants:

Dated: October 5, 2005

**s/ Charles A. Ramsay**

Charles A. Ramsay, Attorney No. 260277
Attorney for Defendant
Ramsay & DeVore, P.A.
450 Rosedale Towers
1700 West Highway 36
Roseville, MN 55113
Telephone: (651) 604-0000
Fax: (651) 604-0027
E-mail: cramsay@rdolaw.com