**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States America,

Plaintiff,

vs. Cr. 01-113

Young Troung,

Defendant.

**NOTICE OF REVOCATION/SENTENCING**

A REVOCATION/SENTENCING is scheduled for November 17, 2005, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #13W Minneapolis, Minnesota.

November 9, 2005

RICHARD D. SLETTEN
Clerk of U.S. District Court

s/Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel