**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Young Troung,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Richard Kyle
U.S. Judge

Case No: Cr. 01-113-02 RHK 2
Date: November 17, 2005
Court Reporter: Robert Riley
Tape Number:
Time Commenced: 9:00
Time Concluded: 9:20
Time in Court: Hours & 20 Minutes

## APPEARANCES:

Plaintiff: John Docherty, Assistant U.S. Attorney
Defendant: Rachel Rosen 9 FPD 9 CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.**

Defendant admits the violation -

Court sentences defendant to 1 year consecutive to sentence imposed in Cr. 04-187 -07 ADM. Supervised release shall terminate completion of prison term.

s/Deborah Siebrecht
Calendar Clerk